CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 28 2006

JOHN F CORCORAN, CLERK
BY
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REICHARD KATZ CREWES,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:06CV00413<br>) |
| v. | )　**MEMORANDUM OPINION**<br>) |
| MAJOR F. HORNE, et al.,<br>　　Defendants. | )　By: Hon. Glen E. Conrad<br>)　United States District Judge |

The plaintiff, Reichard Katz Crewes, a Virginia inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. For the following reasons, the action will be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1).

### Background

The plaintiff is presently incarcerated at the Danville City Jail. He describes himself as a "litirai (expressiant) of writing arts dedicated to designing healthy democratic social habits" and initiating Hillary Clinton's approach to candidacies. The plaintiff alleges that he permitted an African-American woman "of the Islamic way" to "move into theological politics with [him] in 1997," and that jail deputies subsequently relayed his outgoing mail to "culprits" from 1997 to 2005. The plaintiff further alleges that the "altered mail" put George Allen in office.

### Discussion

Pursuant to § 1915A(b)(1), the court must dismiss a complaint as soon as practicable if the court determines that the complaint is "frivolous, malicious, or fails to state a claim upon which relief may be granted." A complaint may be dismissed as frivolous if it "lacks an arguable basis in law or fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). A complaint lacks an arguable basis in law or fact if it contains factual allegations that are "fantastic or delusional" or if it is based on legal theories that are indisputably meritless. Id. at 327-28.

Having reviewed the instant complaint, the court concludes that the plaintiff's allegations regarding his altered mail and its impact on George Allen's rise to office are clearly delusional. Therefore, the complaint will be dismissed as frivolous pursuant to § 1915A(b)(1).

The Clerk is directed to send certified copies of this memorandum opinion and the accompanying order to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 28th day of July, 2006.

_____
United States District Judge

2

Case 7:06-cv-00413-GEC-mfu   Document 5   Filed 07/28/06   Page 2 of 2   Pageid#: 18