CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 28 2006

JOHN F CORCORAN, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| REICHARD KATZ CREWES, | ) |
|     Plaintiff, | ) Civil Action No. 7:06CV00413 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| MAJOR F. HORNE, et al., | ) By: Hon. Glen E. Conrad |
|     Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER:** This 28th day of July, 2006.

_____
United States District Judge